IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO: 2:98-CR-95 |
| vs. | ) ) |
| ROXANNE BATES, | ) JUDGE MARBLEY |
| SSN: XXX-XX-0910 | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| ABERCROMBIE & FITCH STORES, INC. | ) ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: Aug. 20, 2012

_____
UNITED STATES DISTRICT JUDGE